Steven J. Nataupsky (CA SBN 155913*)*
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233952)
marko.zoretic@knobbe.com
Nicole R. Townes (CA SBN 272342)
nicole.townes@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

Matthew R. Orr (CA SBN 211,097)
morr@calljensen.com
William P. Cole (CA SBN 186,772)
wcole@calljensen.com
Samuel G. Brooks (CA SBN 272,107)
sbrooks@calljensen.com
CALL & JENSEN, APC
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Phone: 949-717-3000
Fax: 949-717-3100

Ryan M. Kaiser
ryan@amintalati.com
Jonathan J. Krit
jonathan@amintalati.com
AMIN TALATI UPADHYE, LLP
100 South Wacker Drive, Suite 2000
Chicago, IL 60606
Phone: 312-327-3328
Fax: 312-884-7352

Attorneys for Defendants
USA NUTRACEUTICALS GROUP, INC. and
ULTRA-LAB NUTRITION, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br>　　　Plaintiff/Counterdefendant,<br>　　v.<br>USA NUTRACEUTICALS GROUP, INC., a Florida corporation, and ULTRA-LAB NUTRITION, INC., a Florida corporation,<br>　　　Defendants/Counterclaimants. | Case No. 5:17-CV-00896 PA (DTBx)<br>Hon. Percy Anderson<br>**STIPULATED DISMISSAL AND FINAL JUDGMENT** |

Plaintiff Monster Energy Company ("Plaintiff") and Defendants USA Nutraceuticals Group, Inc., and Ultra-Lab Nutrition, Inc. (collectively, "Defendants") in settlement of this matter, consent and agree to the terms and conditions of this Stipulated Dismissal and Final Judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Plaintiff filed this lawsuit against Defendants seeking, *inter alia*, judicial review pursuant to 15 U.S.C. § 1071(b) of a decision of the U.S. Patent and Trademark Office Trademark Trial and Appeal Board ("TTAB") dated March 9, 2017(hereinafter, the "TTAB Decision"), denying registration in International Class 5 of Plaintiff's U.S. Trademark Application Nos. 85/543,622, 85/783,034, 85/168,304, and 85/197,756 for the marks REHAB THE BEAST! WWW.MONSTERENERGY.COM, UNLEASH THE ULTRA BEAST!, REHAB THE BEAST!, and UNLEASH THE NITRO BEAST!, respectively (hereinafter, the "Opposed Applications").

2. As part of a settlement of this matter, Plaintiff and Defendants have agreed that the TTAB Decision should be vacated and that Plaintiff should be permitted to register the marks identified in Paragraph 1 above in Class 5 with the goods in the Opposed Applications revised to state: "nutritional energy supplements in liquid form; nutritional supplement beverages containing vitamins."

3. Pursuant to Section 1071(b), the Director of the U.S. Patent & Trademark Office is ordered to vacate the TTAB Decision pursuant to the parties' settlement of this action, to amend the description of goods in the Opposed Applications to state "nutritional energy supplements in liquid form; nutritional supplement beverages containing vitamins," and to direct that the Opposed Applications proceed to registration in Class 5.

4. Plaintiff's remaining claims for trademark infringement, false designation of origin, and unfair competition, which are based upon Defendants'

use of UNLEASH THE BEAST in connection with clothing, are dismissed. Defendants' declaratory judgment counterclaims for non-infringement and no unfair competition and Defendants' affirmative defenses are also dismissed.

5. This is a final judgment. Any other remaining claims and defenses, to the extent not otherwise addressed above by this Judgment, are hereby dismissed.

6. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 23, 2018

Hon. Percy Anderson
United States District Judge